**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **5th** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Keith R Hoylman** | JOINT DEBTOR: **Hazel A Hoylman** | CASE NO.: 09-27988-EPK |
| Last Four Digits of SS# xxx-xx-3345 | Last Four Digits of SS# xxx-xx-2965 | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **599.65** for months **1** to **58** ;
  B. $ **660.00** for months **59** to **60** ;
  C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,000.00**   TOTAL PAID $ **1,000.00**
Balance Due $ **3,000.00 inc $500 for Motion to strip 2nd Mtg; $500 for motions to strip 2 vehicles**   payable $ 51.72  /month (Months **1** to **58**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months _ to _)
Account No: _____    Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bmw Financial Services Po Box 3608; Dublin, OH 43016 Account No: 1000638069 | 2004 BMW 325ci - 90,000 miles $ 17,379.03 | 5.25% | $ 339.91 | 1 To 58 | $19,714.78 |
| Riverside National Ban 2810 S Federal Hwy 1; Fort Pierce, FL 34982 Account No: 97152199955 | 2005 Nissan Quest - 120,000 miles $ 7,848.26 | 5.25% | $ 153.50 | 1 To 58 | $8,903.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**    Total Due  $ _____
        Payable  $ _____ /month  (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **600.00** /month (Months **59** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: **Riverside National Bank(acct no:7055): Debtor intends to avoid lien under 522(f)(1) or 522(f)(2).  Litton Loan Servicing(acct no: 3016): Debtor will pay claim directly for property located ar 1713 SE Aneci St, Port St Lucie, FL 34983. American Honda Finance(acct no: 4626): Debtor is surrendering the 2009 Honda Civic to Creditor.  St. Lucie County Tax Collector:  Debtor will pay directly the 2009 property taxes for 1713 SE Aneci Street, Port St Lucie, FL 34983.  Sterling Inc dba Kay Jewelers:  Debtor will surrender property to Creditor.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| /s/ Drake Ozment, Atty for Debtor | /s/ Drake Ozment, Atty for Debtor |
| **Keith R Hoylman** | **Hazel A Hoylman** |
| Debtor | Joint Debtor |
| Date: **January 7, 2010** | Date: **January 7, 2010** |

LF-31 (rev. 06/02/08)